# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re:

Betty Louise Arthur                                    Case No. 08-34228-DOT

   Debtor.                                             Chapter 13

## WITHDRAWAL OF CLAIM

NOW COMES Bayview Loan Servicing, LLC as servicer for the Mortgagee of record, by counsel, withdrawing its Claim Number 3 filed September 26, 2008 in this case.

                                                Bayview Loan Servicing, LLC as servicer for the
                                                Mortgagee of record

                                                 /s/ Sara A. John
                                                Sara A. John
                                                M. Richard Epps, P.C.


### Certificate of Service

I hereby certify that on February 4, 2010, I mailed or electronically served a true copy of the foregoing Withdrawal of Claim to: Betty Louise Arthur, 326 Forest Avenue, Richmond, VA 23223; Robert E. Hyman, Trustee, P.O. Box 1780, Richmond, VA 23218; and Jason M. Krumbein, Counsel to Debtor, 1650 Willow Lawn Drive, Suite 300, Richmond, VA 23230.

                                                 /s/ Sara A. John
                                                Sara A. John
                                                M. Richard Epps, P.C.


Sara A. John, VSB #48425
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, Virginia 23452
757-498-9600