# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re:

Betty Louise Arthur                                         Case No. 08-34228-DOT

    Debtor.                                          Chapter 13


Bayview Loan Servicing, LLC as servicer for the Mortgagee of record,

    Plaintiff,

v.

Betty Louise Arthur
and
Robert E. Hyman, Trustee,

    Defendants.


### NOTICE OF DEFAULT AND RELIEF UNDER CONSENT ORDER

According to the records of Plaintiff, Bayview Loan Servicing, LLC as servicer for the Mortgagee of record, Debtor has failed to make the payments due under the Consent Order Modifying Stay ("Consent Order") which was entered by this Court on May 20, 2009. The following payments have not been made: the regular payments due June 1, 2010 through August 1, 2010.

WHEREFORE, under the terms of the Consent Order, since more than 20 days have passed since the payments became due, Plaintiff is granted immediate relief from the automatic stay of the

Sara A. John, VSB #48425
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452
757-498-9600
Counsel for Plaintiff

Bankruptcy Code, whether in this or any subsequent conversion by Debtor to a case under any other

Chapter of the Bankruptcy Code, without further Order of the Court, with respect to the real property

known as 326 Forest Avenue, Richmond, Virginia, more particularly described as follows:

> All that certain lot or piece or parcel of land with the improvements thereon and appurtenances thereunto belonging, lying and being in the County of Henrico and State of Virginia, being known, numbered and designated as the North ½ of Lot 90 on Map of Robin Park recorded in the Clerk's Office of the Circuit Court for Henrico County, Virginia, in Plat Book 6, page 103, to which plat reference is hereby made for a more particular description of the lot herein described.
> Being the same property conveyed to Betty L. Johnson by deed from Misty F. Odum recorded 11/25/2003 in Deed Book 3580 page 2402, in the Clerk's Office of the Circuit Court of Henrico County, Virginia.

**The Trustee shall be relieved from the obligation of making any further payments to Plaintiff on the Lender's secured claim.**

                Bayview Loan Servicing, LLC as servicer for
                the Mortgagee of record

                /s/ Sara A. John
                Sara A. John
                M. Richard Epps, P.C.

Certificate of Service

     I hereby certify that on August 24, 2010, a true copy of the foregoing Notice of Default and Relief was sent by first class mail or electronically served to: Mitchell Goldstein, Counsel to Debtor, 1650 Willow Lawn Drive, Suite 300, Richmond, VA 23230; Robert E. Hyman, Trustee, P.O. Box 1780, Richmond, VA 23218; and Betty Louise Arthur, 326 Forest Avenue, Richmond, VA 23223.

                /s/ Sara A. John
                Sara A. John
                M. Richard Epps, P.C.